UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE, BY THE DRUG ENFORCEMENT ADMINISTRATION, OF THE PROPERTY LISTED IN <u>ATTACHMENT A</u> | CASE NO. MC24-081-TL<br><br>[PROPOSED]<br><br>**ORDER EXTENDING GOVERNING CAFRA DEADLINE PURSUANT TO 18 U.S.C. § 983(a)(3)(A)** |

THIS MATTER comes before the Court on the Parties' *Second Stipulation and Request to Extend Governing CAFRA Deadline Pursuant to 18 U.S.C. § 983(a)(3)(A)*. In light of the Parties' agreement, pursuant to 18 U.S.C. § 983(a)(3)(A), the Court ORDERS:

1. The Civil Asset Forfeiture Reform Act (CAFRA) deadline governing Claimant Nancy Cardenas Garcia through Envios LA Costenita 1 LLC's administrative claim to the property listed in Attachment A is HEREBY EXTENDED from February 27, 2025, **to May 28, 2025.**

///

Order Extending Governing CAFRA Deadline - 1
*In the Matter of the Seizure, by DEA, of Property Listed in <u>Attachment A</u>*
MC24-081-TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS SO ORDERED.

DATED this 27th day of February, 2025.

*[signature]*
Tana Lin
United States District Judge

Presented by:

*s/Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: 206-553-7970
Fax: 206-553-6934
Karyn.S.Johnson@usdoj.gov


*s/Elisa Coates*
ELISA COATES
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101
Phone: 206.682.0565
ecoates@elmlaw.com
*Counsel for Claimant Nancy Cardenas Garcia through Envios LA Costenita 1 LLC*

Order Extending Governing CAFRA Deadline - 2
*In the Matter of the Seizure, by DEA, of Property Listed in Attachment A*
MC24-081-TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ATTACHMENT A

1. $161,748.00 in U.S. Currency seized from Nancy Cardenas Garcia on or about June 5, 2024;

2. $43,080.00 in U.S. Currency in U.S. Currency seized from Nancy Cardenas Garcia on or about June 5, 2024; and

3. $27,548.00 in U.S. Currency seized from Nancy Cardenas Garcia on or about June 5, 2024.

---

Order Extending Governing CAFRA Deadline - 3
*In the Matter of the Seizure, by DEA, of Property Listed in <u>Attachment A</u>*
MC24-081-TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970